IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA ADAM HUBBARD,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration;<br><br>    Defendant. | **4:21CV3015**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 22nd day of September, 2022.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge